# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

ADAM P McNIECE,

    Plaintiff,
v.                                  CASE NO. 1:19-cv-323-AW-GRJ

TOWN OF YANKEETOWN,
et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

I have considered the magistrate judge's January 16, 2020 Report and Recommendation. ECF No. 8. I have also reviewed de novo the issues raised in Plaintiff's objections. ECF No. 11. I have now determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Clerk will enter a judgment that says "This case is dismissed for lack of subject matter jurisdiction." The Clerk will then close the file.

SO ORDERED on February 3, 2020.

                                          s/ *Allen Winsor*
                                          United States District Judge